

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-93,622-01 & WR-93,622-02

## EX PARTE SHEADRICK LEE JACKSON, Applicant

## ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
## CAUSE NOS. CR03046 HC-1 & CR03127 HC-1 IN THE 6TH DISTRICT COURT FROM RED RIVER COUNTY

*Per curiam*.

### O R D E R

Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. The record forwarded to this Court appears, however, to be incomplete. The findings of fact refer to an affidavit filed by trial counsel, but the affidavit has not been forwarded to this Court. The remand order from this Court dated April 6, 2022 also specifically requested that the court supplement the record with the document that gave Applicant notice of the enhancement allegations on the weapons charge, but that document has also not been forwarded.

On September 20, 2022, this Court ordered the district clerk to supplement the record by forwarding the affidavit and the enhancement notice to this Court. The clerk was ordered to respond

within thirty days from the date of the order but the clerk has not responded to this Court's order.

We remand this application to the trial court, which shall ensure that the habeas record is supplemented with trial counsel's affidavit and the document that gave Applicant notice of the enhancement allegations on the weapons charge. The trial court shall respond within thirty days from the date of this order. Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: December 7, 2022
Do not publish